UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM RIGGS, <br><br> Plaintiff, <br><br> v. <br><br> KROTO, INC., D/B/A ICANVAS, <br><br> Defendant. | Case No. 1:20-cv-05822 <br> Hon. Thomas M. Durkin |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL
<u>CERTIFICATION OF SETTLEMENT CLASS</u>**

Plaintiff, on behalf of himself and all others similarly situated, by and through his undersigned counsel, hereby moves without opposition for preliminary approval of the class action settlement as well as provisional certification of the Class. In support of the instant motion, Plaintiff incorporates his concurrently filed memorandum of law and the Joint Declaration of M. Anderson Berry and Carl V. Malmstrom in support of the unopposed motion for preliminary approval.

Dated: June 7, 2021

Respectfully submitted,

*/s/Carl V. Malmstrom*
Carl V. Malmstrom
*malmstrom@whafh.com*
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
111 W. Jackson Blvd.,
Suite 1700 Chicago, Illinois 60604
Tel: 312/984-0000
Fax: 212/545-4653

Rachele R. Byrd
*byrd@whafh.com*
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101

Tel: (619) 239-4599
Fax: (619) 234-4599

M. Anderson Berry
*aberry@justice4you.com*
Leslie Guillon
*lguillon@justice4you.com*
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, California 95825
Tel: (916) 777-7777
Fax: (916) 924-1829

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 7, 2021, he caused the foregoing document to be filed with the clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Carl V. Malmstrom*
Carl V. Malmstrom