IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM RIGGS,<br><br>    Plaintiff,<br><br> v.<br><br>KROTO, INC., D/B/A ICANVAS,<br><br>    Defendant. | Case No.: 1:20-cv-05822 |

**SUPPLEMENTAL DECLARATION OF M. ANDERSON BERRY IN FURTHER SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AWARD, EXPENSE REIMBURSEMENT, <u>AND SERVICE AWARD TO REPRESENTATIVE PLAINTIFF</u>**

  I, M. Anderson Berry, being competent to testify, make the following declaration based on my personal knowledge, and where stated, upon information and belief, I declare:

  1. I have been licensed to practice law in the state of California since 2009. I am admitted to practice in the U.S. District Courts for Northern, Eastern and Central Districts of California, the Northern District of Illinois, the Eastern District of Michigan and the Southern District of Indiana. I am one of the lead attorneys for Plaintiffs and the putative Class in this matter. I submit this supplemental declaration in further support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Unopposed Motion for Approval of Attorneys' Fees Award, Expense Reimbursement, and Service Award to Representative Plaintiff ("Attorneys' Fees Motion"). Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them if called upon to do so.

2. On August 31, 2021 I submitted a declaration in support of the Attorneys' Fees Motion, and I also submitted a joint declaration with Carl Malmstrom in support of the Attorneys' Fees Motion. *See* ECF Nos. 50, 51. I submit this declaration to provide an update to the Court regarding the number of objections, requests for exclusions and claims filed as well as the additional hours spent and lodestar incurred on this case by attorneys and paralegals at my firm since August 26, 2021.

3. On October 21, 2021, the Claims Administrator reported to me and my co-counsel that, in response to 7,587 direct Summary Notice emails, 113 direct Summary Notice postcards, a website, and a toll-free number, no one has objected to the settlement and only one individual has opted out. The Claims administrator also reported that it has received 926 timely claim forms but that 876 of the claims were submitted by individuals that were not on the Settlement Class list and therefore those claims are invalid. The Claims Administrator also reported that the total value claimed by the 50 Reimbursement Award claims submitted by Settlement Class Members so far is $5,421.74.

4. On August 31, 2021, I reported that as of August 26, 2021, my firm had spent 127.65 hours and $63,739.50 in lodestar on this case. Since that time, Gregory Haroutunian has also assisted me with this case. Mr. Haroutunian practices as an attorney in the data breach complex litigation group for the Arnold Law Firm under my direct supervision. He has been licensed to practice law in the state of California since 2020, and in the states of New York and New Jersey since 2013. Mr. Haroutunian's hourly rate is $400, which is commensurate with hourly rates charged by our contemporaries for attorneys with his level of experience.

5. Based upon my firm's records, since August 26, 2021, Gregory Haroutunian, Alex Sauerwein, Olya Velichko and I have spent an additional 33.4 hours and $14,792.00 in lodestar

conducting legal research and drafting the motion for final approval and associated filings and exhibits, for a total of 161.05 hours and a lodestar of $78,531.50 as of October 20, 2021. We expect we will spend additional time preparing for and attending the fairness hearing and communicating with defense counsel, the claims administrator, and Class members regarding administration of the settlement.

6. I assert that the attorneys' fees sought for the Arnold Law Firm personnel in the motion for attorneys' fees are reasonable, and my firm seeks fair and reasonable compensation for undertaking this case on a contingency basis and for obtaining the relief for Plaintiff and the Class.

7. The chart below reflects the total amount of time spent by members of the Arnold Law Firm in the investigation and prosecution of this case through October 20, 2021:

| Jan. 01, 2020 – October 20, 2021 | | | |
|---|---|---|---|
| Timekeeper | Rate | Hours | Lodestar |
| M. Anderson Berry, Attorney | 680 | 89.45 | $60,826.00 |
| Gregory Haroutunian, Attorney | 400 | 14.00 | $5,600.00 |
| Alex Sauerwein, Attorney | 319 | 12.50 | $3,987.50 |
| Olya Velichko, Paralegal | 180 | 45.10 | $8,118.00 |
| | | | |
| Total | | 161.05 | $78,531.50 |

8. On August 31, 2021, I also report that the Arnold Law Firm had incurred costs and expenses on this case totaling $4,833.10. Since that time, my firm has incurred an additional $363.07 in expenses, for a total of $5,196.17, as follows:

| Costs- Jan. 01, 2020 – October 21, 2021 | | |
|---|---|---|
| Category | Description | Cost |
| Court Costs | Filing fee 07.21.2020 | 400.00 |
| | PHV filing 10.01.2021 | 150.00 |

3

| Other client costs | Conferencecalls.com 04.22.2021 | 1.52 |
|---|---|---|
| Postage | USPS 12.15.2020 | 5.75 |
| Service of Process | Northshore Processing 07.27.2020 | 449.25 |
| Research | Pacer 10.12.2021 | 13.40 |
| | Westlaw 10.12.2021 | 34.52 |
| | Westlaw 09.09.2021 | 314.45 |
| | Westlaw 09.01.2021 | 0.70 |
| | Westlaw 07.09.2021 | 376.65 |
| | Pacer 04.05.2021 | 0.20 |
| | Westlaw 03.05.2021 | 24.46 |
| | Westlaw 02.02.2021 | 19.31 |
| | Pacer 11.05.2020 | 2.80 |
| | Pacer 10.06.2020 | 4.20 |
| | Westlaw 10.06.2020 | 91.92 |
| | Westlaw 08.01.2020 | 78.54 |
| | Pacer 08.01.2020 | 3.50 |
| Mediation | JAMS 12.15.2020 | 3,225.00 |
| | | |
| | **Total:** | **$5,196.17** |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Sacramento, California on this 22nd day of October, 2021.

_____
M. ANDERSON BERRY