IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM RIGGS,<br><br>   Plaintiff,<br><br>   v.<br><br>KROTO, INC., D/B/A ICANVAS,<br><br>   Defendant. | Case No.: 1:20-cv-05822 |

**SUPPLEMENTAL DECLARATION OF RACHELE R. BYRD IN FURTHER SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AWARD, EXPENSE REIMBURSEMENT, AND SERVICE AWARD TO REPRESENTATIVE PLAINTIFF**

I, Rachele R. Byrd, being competent to testify, make the following declaration based on my personal knowledge, and where stated, upon information and belief, I declare:

1. I am an attorney duly licensed to practice law in the State of California, admitted to practice in this Court, and a member of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"). Wolf Haldenstein and Clayeo C. Arnold, A Professional Law Corporation (together, "Class Counsel") represent Plaintiff William Riggs ("Plaintiff") and the Class in this action against defendant Kroto, Inc. d/b/a/ iCanvas. I submit this supplemental declaration in further support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees Award, Expense Reimbursement, and Service Award to Representative Plaintiff.

2. The following facts are based upon my personal knowledge and if called upon to do so, I could, and would, competently testify thereto.

3.      On August 31, 2021, I reported that as of August 27, 2021, my firm had spent 109.90 hours and $68,339.00 in lodestar on this case.  Since that time, based upon my firm's records and as of October 20, 2021, I have spent an additional 7 hours and $4,830.00 in lodestar reviewing and editing the motion for final approval and all associated filings.  In total, the attorneys at my firm have spent a total of 116.90 hours and $73,169.00 in lodestar on this case.

4.      I expect to spend additional time preparing for and attending the fairness hearing and communicating with defense counsel, the claims administrator, and Class members regarding administration of the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 22nd day of October 2021, at Poway, California.


                                                       */s/ Rachele R. Byrd*
                                                       RACHELE R. BYRD